# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | **GRANTING AMENDED** |
| | ) | **MOTION TO MODIFY** |
| vs. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Eugene Allen Brown, | ) | |
| | ) | Case No. 1:21-cr-230 |
| Defendant. | ) | |

On August 12, 2022, Defendant filed an Amended Motion to Modify Conditions of Release. (Doc. No. 51). Defendant asks this Court to modify the condition requiring he return to the custody of the U.S. Marshals Service upon his discharge from inpatient treatment at Silver Creek Recovery Center in Watford City, ND. Defendant has been accepted for outpatient treatment at Summit Counseling Services in Bismarck, ND and has secured a placement at Blessed Builders sober living. On August 15, 2022, the Court held a hearing on the motion.

The Court **GRANTS** Defendant's motion. (Doc. No. 51). The Court modifies the condition requiring Defendant to turn himself in upon release from inpatient treatment. Rather, upon his discharge from Silver Creek Recovery Center, Defendant shall reside at Blessed Builders sober living and attend outpatient treatment at Summit Counseling Services and/or Blessed Builders sober living. Defendant shall abide by all other previously imposed conditions of release.

**IT IS SO ORDERED.**

Dated this 16th day of August, 2022, nunc pro tunc.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court